United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WOODSIDE PRIORITY, LLC,

          Plaintiff,

     v.

GARLOCK,

          Defendant.

Case No. 15-cv-02154-RS

**ORDER**

Appellant Woodside Priority, LLC, filed an appeal of a bankruptcy judgment. Before Appellant William F. Garlock filed an answer or motion for summary judgment, Woodside filed a notice of voluntary dismissal without prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), this action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: September 10, 2015

_____

RICHARD SEEBORG
United States District Judge